UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERINA M. CALLOWAY,

    Plaintiff,

v.

    Case No. 1:23-cv-1299

    HONORABLE PAUL L. MALONEY

DOWAGIAC UNION SCHOOLS,

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: January 22, 2024               /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                        United States District Judge